# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-60812

United States Court of Appeals
Fifth Circuit

**FILED**

October 27, 2014

Lyle W. Cayce
Clerk

PH.D. CAROL B. WEEMS,

Plaintiff - Appellant

v.

LAUDERDALE COUNTY SCHOOL DISTRICT; KAREN RHODES,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Mississippi
USDC No. 4:12-CV-88

Before JOLLY and JONES, Circuit Judges, and AFRICK*, District Judge.

PER CURIAM:**

After reviewing the record and the parties' briefs, and having had the benefit of oral argument, we conclude that the evidence is insufficient to support plaintiff Weems's age-based discrimination claims. Weems failed to point to sufficient evidence that creates a genuine issue of material fact as to whether the school district's legitimate, non-discriminatory reasons for its

---

\* District Judge of the Eastern District of Louisiana, sitting by designation.

\*\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-60812

hiring decisions were false and a pretext for age-based discrimination. *Cf. Leal v. McHugh*, 731 F.3d 405, 411 (5th Cir. 2013).

We AFFIRM the district court's grant of summary judgment in the school district's favor.

AFFIRMED.